**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Horacio Majarrez SANCHEZ, also
known as Horacio Manjarrez–San-
chez, also known as Horoacio Sanchez
Manjarrez, also known as Horoacio
Manjarrez Sanchez, also known as
Valente Delacruz, Defendant–Appel-
lant.**

**No. 11–20517
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 20, 2012.

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Horacio Majarrez Sanchez, Post, TX,
pro se.

Before SMITH, PRADO, and
HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ho-
racio Majarrez Sanchez has moved for
leave to withdraw and has filed a brief in
accordance with *Anders v. California,* 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), and *United States v. Flores,* 632
F.3d 229 (5th Cir.2011). Sanchez has not
filed a response. We have reviewed coun-
sel's brief and the relevant portions of the
record reflected therein. We concur with
counsel's assessment that the appeal pres-
ents no nonfrivolous issue for appellate
review. Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel
is excused from further responsibilities
herein, and the APPEAL IS DISMISSED.
*See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.